131 P.3d 530

# SUPREME COURT OF HAWAI'I

**March 30, 2006**

| 26563 | AFL Hotel & Restaurant Workers Health & Welfare Trust Fund v. Alonzo; Dominguez v. Kobayashi | Vacated and Remanded |
|---|---|---|

**April 5, 2006**

| 24932 | Tataii v. Pang | Dismissed |
|---|---|---|

**April 12, 2006**

| 24367 | Doe v. Board of Medical Examiners | Vacated and Remanded |
|---|---|---|